PROB 12C
(6/16)

Report Date: July 26, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony E. Wright | Case Number: 0980 2:19CR00215-TOR-6 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 21, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 7 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: February 21, 2021 | |
| Defense Attorney: | Federal Public Defender's | Date Supervision Expires: February 20, 2026 | |

### PETITIONING THE COURT

To issue a warrant.

On February 22, 2021, Mr. Wright's conditions of supervised release were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by attempting to utilize a device in an effort to circumvent urinalysis testing on July 25, 2023. |
| | On July 25, 2023, the offender was instructed to submit to urinalysis testing at the U.S. Probation Office. At that time, he was observed utilizing a device in an effort to circumvent urinalysis testing. When initially confronted by the probation officer, the offender adamantly denied having a device.  He ultimately admitted to possessing a device, which was confiscated. He claimed that the urine in the device was his and that he brought it to his appointment because he knew he would be unable to submit a urine specimen in a timely fashion. |

Prob12C
Re: Wright, Anthony E.
July 26, 2023
Page 2

2  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 25, 2023.

Following the confiscation of the above-referenced device on July 25, 2023, the offender provided a urine specimen that returned presumptive positive for methamphetamine and amphetamine. He initially denied use, but then admitted to putting a crystal-like substance in his coffee, approximately 1 week prior. On that same date, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 26, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

July 26, 2023
Date