PROB 12C
(6/16)

Report Date: February 26, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 27, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Wright        Case Number: 0980 2:19CR00215-TOR-6

Address of Offender: ███████████

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 21, 2020

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 7 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 6, 2023) | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: December 26, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: July 25, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/12/2024, and 05/22/2024.

On December 27, 2023, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of False Information Provided to an Officer, Government Agency or Specified Professionals, in violation of I18-5413(1), on or about February 22, 2026.<br><br>According to Coeur d' Alene Tribal Police incident report number 26T-01671, on or about February 22, 2026, tribal officers made contact with the offender at the Coeur d' Alene Casino after they were notified via security that Mr. Wright had an active federal warrant. When questioned by law enforcement, the offender refused to provide his name and gave officers an incorrect date of birth. He was later positively identified and was taken into custody. |

Prob12C

**Re: Wright, Anthony E.**
**February 26, 2026**
**Page 2**

On February 23, 2026, the offender entered a not guilty plea for the offense of False Information Provided to an Officer, Government Agency or Specified Professionals, Kootenai County Magistrate Court case number CR28-26-3040. A jury trial is scheduled for April 27, 2026.

8          **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the federal judicial district without the permission of the probation officer on or about February 22, 2026.

As noted in violation number 7, the offender was arrested in the District of Idaho on February 22, 2026. He failed to obtain permission from the probation officer to leave the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 26, 2026
_____

s/ Lori Cross
_____

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

2/27/2026
_____
Date